In the Matter of the Accounting of EDWARD C. RAFTERY et al., as Surviving Executors and Trustees under the Will of MAURICE A. SHEA, Deceased, Respondents. MARGARET L. SHEA et al., Appellants.

Submitted October 3, 1955; decided October 13, 1955.

*Thomas K. O'Brien* and *Arthur E. Sullivan* for motion to dismiss appeal.

*John L. Flynn, Referee,* in person, for motion to dismiss appeal.

*Lawrence R. Condon* opposed.

Motion for leave to appeal denied upon the ground that an appeal lies as of right.

Motion to dismiss appeal denied.